BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL, ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
*Attorneys for Defendant Cooper Tire*
*& Rubber Company LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSMAN ESTIBI AGUILAR, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HERCULES TIRE & RUBBER COMPANY INC., a foreign corporation, dba IRONMAN TIRE; THE GOODYEAR TIRE & RUBBER COMPANY, INC., a foreign corporation; COOPER TIRE HOLDING COMPANY INC., a foreign corporation; COOPER TIRE & RUBBER COMPANY LLC, a foreign limited liability company, SILVER LAKE CONSTRUCTION LLC, a foreign limited liability company; ROE TIRE MANUFACTURER I through X; ROE TIRE DISTRIBUTOR I through X; ROE TIRE INSTALLATION COMPANY I through X; ROE COMPANY I through X; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:<br><br>**Defendant Cooper Tire & Rubber Company LLC's Petition for Removal** |

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

Defendant Cooper Tire & Rubber Company LLC petitions the Court for an Order removing the above-entitled action to the United States District Court and allege as follows:

1.      Cooper Tire & Rubber Company LLC is a Defendant in the above-entitled action.

2. The above-entitled action was commenced on January 16, 2024, in the Eighth Judicial District Court, Clark County, Nevada, and is now pending in such Court as Case No. A-24-885261-C.

3. On or about January 22, 2024, Cooper Tire & Rubber Company LLC was served with the Summons and Complaint (Exhibit A – Complaint; Exhibit B-Summons).  A copy of all of the other pleadings filed in the state court case are attached as Exhibit C.

4. The above-entitled action is the result of an alleged explosion of a tire occurring in Clark County, Nevada on or about January 17, 2022.

5. The amount in controversy exceeds $75,000.00.  In support of the claim that the amount in controversy exceeds $75,000.00, Cooper Tire & Rubber Company LLC states as follows:

a) On February 21, 2024, undersigned counsel for Cooper spoke with the attorney for Mr. Aguilar. The undersigned was advised that Mr. Aguilar is claiming past medical bills of approximately $54,000. Additionally, there was a 5% permanent partial disability award paid through the Plaintiff's workers' compensation claim. The amount of the permanent partial disability award is unknown at this time.

b) In the Complaint, Plaintiff alleges that he sustained a ruptured eardrum; soft tissue injuries to his chest, thoracic and lumbar back areas; injuries "to his abdomen and eyes." *Compl.*, ¶ 17.

b) Plaintiff also alleges he will require future medical treatment and bills. *Id.*, ¶¶ 41, 56, 67.

c) The Complaint seeks damages in an unknown amount in past lost income and lost future earning capacity. *Id.*, ¶¶ 57, 68.

d) The Complaint seeks damages in an unknown amount for loss of enjoyment of life. *Id.*

e)      The Complaint seeks damages in an unknown amount for loss of household services. *Id.*

f)      The Complaint seeks damages in an unknown amount for punitive damages. *Id.*, ¶ 59.

6.      That based on the factors listed in Paragraph 5, the undersigned believes that the amount in controversy exceeds $75,000.00.

7.      This removal is also timely.  As noted above, January 24, 2024 was the first notice to Cooper Tire & Rubber Company LLC that the amount in controversy was in excess of $75,000.00.  28 USC § 1446(b)(3).

8.      There is diversity of citizenship between Plaintiff and Cooper Tire & Rubber Company LLC and this Court has jurisdiction over the above-entitled action pursuant to 28 USC § 1332 and 28 USC § 1447.

a)  As alleged in the Complaint, Plaintiff is a resident of Pahrump, Nye County, Nevada;

b)  Cooper Tire & Rubber Company LLC is a Delaware limited liability company with its principal place of business in Columbus, Ohio;

c)  No other named defendants in this lawsuit are citizens or are otherwise domiciled in Nevada:

    i.    The Goodyear Tire & Rubber Company, Inc. is an Ohio corporation, with its principal place of business in Akron, Ohio;

    ii.   Cooper Tire Holding Company LLC is an Ohio limited liability company with its principal place of business in Columbus, Ohio;

    iii.  Silver Lake Construction, LLC is a Utah limited liability company, with its principal place of business in Cedar Hills, Utah; and

    iv.   Hercules Tire & Rubber Company Inc. d/b/a Ironman Tire is a Connecticut entity, with its principal place of business in Huntersville, North Carolina.

3

9.      WHEREFORE, Defendant Cooper Tire & Rubber Company LLC requests that the above-entitled action be removed from the Eighth Judicial District Court, Clark County, Nevada to this Court.

DATED this 21st day of February 2024.

THORNDAL ARMSTRONG, PC

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101

Attorney for Defendant Cooper Tire
& Rubber Company LLC

4

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of THORNDAL ARMSTRON, PC and that on this 21st day of February, 2024, I caused to be served a copy of the foregoing **Defendant Cooper Tire & Rubber Company LLC Petition for Removal**, as follows:

_____ Electronic Service pursuant to NECFR 9.

_____ Placing an original or true copy in a sealed envelope place for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices.

_____ Facsimile transmission only.

__X__ Case Management/Electronic Case Filing (CM/ECF).

_____ Hand Delivery — Receipt of Copy.

__X__ Via Email:

Joshua P. Berrett, Esq.
David Finegold, Esq.
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, NV 89032
Tel. 702.333.1111
josh@bighornlaw.com
david@bighorn.law

Attorneys for Plaintiff

K Jetcho

_____
Employee of THORNDAL ARMSTRONG, PC