UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Osman Estibi Aguilar,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Hercules Tire & Rubber Company Inc.,<br><br>                    Defendant(s). | 2:24-cv-00359-GMN-MDC<br><br>**Order** |

Pending before the Court is the *Motion to Withdraw as Attorney* (ECF No. 6). For good cause shown and because the motion is unopposed, the Court grants the motion. Plaintiff will be required to file a Notice of Appearance of New counsel or a Status Report regarding his efforts to secure new counsel by April 12, 2024.

Accordingly,

**IT IS ORDERED that:**

1. The *Motion to Withdraw as Attorney* (ECF No. 6) is GRANTED.
2. Joshua P. Berret, Esq. and David Finegold, Esq. are to be removed as attorneys of record and removed from electronic service.
3. Plaintiff has until April 12, 2024 to either file a Notice of Appearance of New Counsel or a Status Report regarding his efforts to secure new counsel

DATED this 13th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge