# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Osman Estibi Aguilar,

    Plaintiff(s),

vs.

Hercules Tire & Rubber Company Inc, *et al.*,

    Defendant(s).

2:24-cv-00359-GMN-MDC

Order

Pending before the Court are defendant Copper Tire & Rubber Company, LLC's *Motion/Notice Request to Appear Telephonically* (ECF No. 23) and defendant Hercules Tire & Rubber Company, Inc.'s *Motion/Notice Request to Appear Telephonically* (ECF No. 24).

**IT IS ORDERED that**:

1. Defendant Copper Tire & Rubber Company, LLC's *Motion/Notice Request to Appear Telephonically* (ECF No. 23) is GRANTED.

2. Defendant Hercules Tire & Rubber Company, Inc.'s *Motion/Notice Request to Appear Telephonically* (ECF No. 24) is GRANTED.

3. The parties are directed to call in for the hearing scheduled for 7/2/2024 at 11:00 AM. The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 28th day of May 2024.

IT IS SO ORDERED.

                                                                            _____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge