**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Osman Estibi Aguilar,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Hercules Tire & Rubber Company Inc, *et al*.,<br><br>                    Defendant(s). | **2:24-cv-00359-GMN-MDC**<br><br>**ORDER RESETTING HEARING TIME** |

Due to a conflict in the Court's calendar, the hearing set for August 6, 2024, at 1:00pm is continued in time only. The hearing is set for 2:00pm on August 6, 2024.

The Clerk of Court is kindly directed to send plaintiff a copy of this Order.

DATED this 1st day of August 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge