Katherine J. Gordon
Nevada Bar No. 5813
Alexandra J. Matloff
Nevada Bar No. 16109
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405
kgordon@wshblaw.com
amatloff@wshblaw.com
*Attorneys for Defendant Hercules Tire & Rubber Company Inc., dba Ironman Tire*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| OSMAN ESTIBI AGUILAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HERCULES TIRE & RUBBER COMPANY INC, a foreign corporation, dba IRONMAN TIRE; THE GOODYEAR TIRE & RUBBER COMPANY INC, a foreign corporation; COOPER TIRE HOLDING COMPANY LLC, a foreign limited liability company; COOPER TIRE & RUBBER COMPANY LLC, a foreign limited liability company; SILVER LAKE CONSTRUCTION INC, a domestic corporation; ROE TIRE MANUFACTURER I through X; ROE TIRE DISTRIBUTOR I through X; ROE TIRE INSTALLATION COMPANY I through X; ROE COMPANY I through X; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00359-GMN-MDC<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY JANICE M. MICHAELS FROM ELECTRONIC SERVICE LIST**<br><br>The Hon. Gloria M. Navarro |

/ / /

/ / /

/ / /

35684695.1:05488-1116

Case No. 2:24-cv-00359-GMN-MDC

COMES NOW, Defendant, HERCULES TIRE & RUBBER COMPANY INC, by and through its attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP hereby submits its Motion for Removal of <u>only</u> Attorney JANICE M. MICHAELS, from the Court's electronic service list as an Attorney for Defendant, HERCULES TIRE & RUBBER COMPANY INC. Attorneys Katherine J. Gordon and Alexandra J. Matloff will continue to represent Defendant, HERCULES TIRE & RUBBER COMPANY INC.

December 2, 2024

WOOD, SMITH, HENNING & BERMAN LLP

By     /s/ *Katherine J. Gordon*
Katherine J. Gordon
Nevada Bar No. 5813
Alexandra J. Matloff
Nevada Bar No. 16109
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
*Attorneys for Hercules Tire & Rubber Company Inc., d/b/a Ironman Tire*

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
12/3/2024