# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Osman Estibi Aguilar,

            Plaintiff,

vs.

Hercules Tire & Rubber Company Inc., et al.,

           Defendants.

**2:24-cv-00359-GMN-MDC**

**ORDER**

Plaintiff Osman Estibi Aguilar has failed to notify the Court of his change of address. *See* ECF Nos. 33, 39) (Mail returned as undeliverable: unable to forward). It is the plaintiff's responsibility to immediately notify the Court of any change of mailing address. The Court's Local Rules state:

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

LR IA 3-1

ACCORDINGLY,

**IT IS ORDERED that** plaintiff must file a Notice of Change of Address by no later than **March 10, 2025**. Failure to timely comply with this Order may result in a recommendation that this case be dismissed.

DATED this 6th day of February 2025.

IT IS SO ORDERED.

                                                      _____
                                                      Hon. Maximiliano D. Couvillier III
                                                      United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.